```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
                                         :     19cv10351 (DLC)
JAMAL OTHMAN,                            :
                                         :          ORDER
                    Plaintiff,           :
          -v-                            :
                                         :
THE CITY OF NEW YORK, FORMER             :
COMMISIONER RET. GENERAL LOREE SUTTON,   :
in her individual capacity, ASSISTANT    :
COMMISSIONER JASON PARKER, in his        :
individual capacity,                     :
                    Defendants.          :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

IT IS HEREBY ORDERED that the in-person conference scheduled for June 5, 2020 at 10:30 a.m. is rescheduled to **June 5, 2020** at **2:00 p.m.**

IT IS FURTHER ORDERED that the conference will be held telephonically. The parties shall use the following dial-in instructions for the telephone conference:

   Dial-in: 888-363-4749

   Access code: 4324948

The attorneys who will serve as principal trial counsel must participate in this telephone conference.

IT IS FURTHER ORDERED that the parties shall use a landline if one is available.

Dated:    New York, New York
          March 19, 2020

```
                            _____
                                 DENISE COTE
                            United States District Judge
```