```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
JAMAL OTHMAN,                           :
                                        :
                    Plaintiff,          :     19cv10351 (DLC)
          -v-                           :
                                        :         ORDER
THE CITY OF NEW YORK, FORMER            :
COMMISIONER RET. GENERAL LOREE SUTTON,  :
in her individual capacity, ASSISTANT   :
COMMISSIONER JASON PARKER, in his       :
individual capacity,                    :
                    Defendants.         :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

On April 24, 2020, the defendants filed a motion to dismiss the complaint pursuant to Rule 12(b)(6), Fed. R. Civ. P. On May 22, the plaintiff filed a second amended complaint. Accordingly, it is hereby

ORDERED that the defendants' April 24 motion shall be terminated as moot.

IT IS FURTHER ORDERED that the defendants shall respond to the amended complaint by **June 12, 2020**. If the defendants renew their motion to dismiss, the plaintiff shall file any opposition to the renewed motion by **July 3**. Defendants shall file any reply by **July 17**. At the time any reply is served, the moving party shall supply Chambers with two (2) courtesy copies of all

motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.


Dated:    New York, New York
          May 26, 2020

                                    _____
                                            DENISE COTE
                                    United States District Judge