UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
Jamal Othman,

                              Plaintiff,

       -against-

The City of New York, et al.,

                              Defendants.
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/24/2020

1:19-cv-10351 (DLC)(SDA)

ORDER SCHEDULING TELEPHONIC
SETTLEMENT CONFERENCE

**STEWART D. AARON, United States Magistrate Judge:**

A settlement conference is scheduled before Magistrate Judge Stewart Aaron on Tuesday, January 12, 2021 at 10:00 a.m. (a date selected by the parties). The settlement shall proceed by telephone unless the parties advise the Court that they have access to and prefer proceeding by alternative remote means, such as by video. Circumstances permitting, the Court may change the conference to an in-person conference closer to the scheduled date and time.

The Court will provide dial-in information to the parties by email before the conference. The parties must comply with the Settlement Conference Procedures for Magistrate Judge Stewart D. Aaron, available at https://nysd.uscourts.gov/hon-stewart-d-aaron.

SO ORDERED.

DATED:     New York, New York
           June 24, 2020

_____
STEWART D. AARON
United States Magistrate Judge