```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
JAMAL OTHMAN,                            :
                                         :
                      Plaintiff,         :      19cv10351 (DLC)
                                         :
            -v-                          :       ORDER OF
                                         :      DISCONTINUANCE
THE CITY OF NEW YORK; RET. GEN. LOREE    :
SUTTON, Former Commissioner, in her      :
individual capacity; JASON PARKER,       :
Assistant Commissioner, in his           :
individual capacity,                     :
                                         :
                      Defendants.        :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

It having been reported to this Court that this case has been settled, it is hereby

ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made by **January 28, 2021**.  If no such application is made by that date, today's dismissal of the

action is with prejudice.  See Muze, Inc. v. Digital On Demand, Inc., 356 F.3d 492, 494 n.1 (2d Cir. 2004).

Dated:     New York, New York
           December 29, 2020

                                    _____
                                         DENISE COTE
                                    United States District Judge